UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60808-CIV-SEITZ/O'SULLIVAN

JAMES L. COMPTON, on behalf
of himself and others similarly situated,

        Plaintiff,

v.

REGIONAL REPORTING, INC.,

        Defendant.
_____/

## ORDER DENYING MOTION FOR ADMISSION WITHOUT PREJUDICE

THIS MATTER is before the Court on the (1) Motion for Admission *Pro Hac Vice* of Steven Locke [DE-10]; and (2) Consent to Designation of Cathleen Scott, Esq. [DE-11]. To be admitted *pro hac vice*, Mr. Locke must certify that he has studied the Local Rules. L.R. 4(B)(1). The instant motion does not indicate whether Mr. Locke has done so.[1] Accordingly, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Steven Locke [DE-10] is DENIED without prejudice. Should Mr. Locke file the required certification, the Court may consider a renewed motion.

DONE and ORDERED in Miami, Florida, this 24th day of June, 2008.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Catherine Wade-Babyak

---

[1] Mr. Locke notes that he has "complied with Rule 83.1B." The Local Rules of the Southern District of Florida do not include a Rule 83.