UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60808-CIV-SEITZ/O'SULLIVAN

JAMES L. COMPTON, on behalf
of himself and others similarly situated,

        Plaintiff,

v.

REGIONAL REPORTING, INC.,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR STEVEN LOCKE TO APPEAR *PRO HAC VICE*

THIS MATTER is before the Court on the (1) Amended Application for Admission *Pro Hac Vice* of Steven Locke [DE-14]; and (2) Amended Motion to Appear *Pro Hac Vice*, filed by Cathleen Scott, Esq. [DE-15]. Mr. Locke has amended his original motion [DE-10] to certify that he has studied the Local Rules. Mr. Locke has now satisfied the requirements of Local Rule 4(B)(1). Upon due consideration, it is hereby

    ORDERED that:

(1) The Amended Motion for Admission *Pro Hac Vice* of Steven Locke [DE-14] is GRANTED. Mr. Locke, of Carraba Locke, LLP., 100 William Street, New York, NY 10038, (212) 430-6400, shall be permitted to appear *pro hac vice* on behalf of Defendant Regional Reporting, Inc., solely for purposes of this case;

(2) During the course of this case, Mr. Locke shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of Mr. Locke's *pro hac vice* admission; and

(3) Cathleen Scott, Esq., who is a member of the bar of this Court and who maintains an office in this district for the practice of law, shall be the designated local counsel for Defendant Regional Reporting, Inc., with whom the Court and counsel may readily communicate and upon whom papers may be served.

DONE and ORDERED in Miami, Florida, this 8th day of July, 2008.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Catherine Wade-Babyak