UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60808-CIV-SEITZ/O'SULLIVAN

JAMES L. COMPTON, on behalf
of himself and others similarly situated,

        Plaintiff,

v.

REGIONAL REPORTING, INC.,

        Defendant.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the parties' Joint Response to Order to Show Cause [DE-22]. The parties had not filed a Joint Scheduling Report as ordered by the Court. The parties have now filed their Joint Scheduling Report. Accordingly, it is hereby

ORDERED that the Court's August 28, 2008 Order to Show Cause [DE-20] is VACATED.

DONE and ORDERED in Miami, Florida, this ____ day of September, 2008.

                                              _____
                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record