UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-60808-CIV-SEITZ/O'SULLIVAN

JAMES L. COMPTON, on behalf of himself
and others similarly situated
    Plaintiff,
vs.
REGIONAL REPORTING, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be conducted by the undersigned. On September 22, 2008, the parties filed a Joint Motion to Approve of Settlement Agreement and Dismiss Case with Prejudice (DE# 28, 9/22/08). Having reviewed the applicable filing and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, October 6, 2008**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in chambers at Miami, Florida this **23rd** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record